# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**ATLANTIC SPECIALTY INSURANCE COMPANY**

**PLAINTIFF**

VS.                                    CIVIL ACTION NO. 1:19-cv-00009-HSO-RHWR

**CARMON SUE BRANNAN;**
**ESTATE OF WILLIAM JOEL DIXON;**
**DONNA DIXON, AS ADMINISTRATRIX OF THE**
**ESTATE OF WILLIAM JOEL DIXON,**
**AS AN HEIR AT LAW AND WRONGFUL DEATH BENEFICIARY**
**OF WILLIAM JOEL DIXON, AND AS GUARDIAN OR NEXT FRIEND OF W.D. AND**
**A.D., MINORS;**
**JOEY DIXON, AS ADMINISTRATOR OF THE ESTATE OF**
**WILLIAM JOEL DIXON, AS AN HEIR AT LAW AND**
**WRONGFUL DEATH BENEFICIARY OF**
**WILLIAM JOEL DIXON, AND AS GUARDIAN OR NEXT FRIEND OF W.D. AND**
**A.D., MINORS;**
**W.D., A MINOR,**
**AS AN HEIR AT LAW AND WRONGFUL DEATH BENEFICIARY**
**OF WILLIAM JOEL DIXON;**
**A.D., A MINOR,**
**AS AN HEIR AT LAW AND WRONGFUL DEATH BENEFICIARY**
**OF WILLIAM JOEL DIXON;**
**AND GEORGE COUNTY BY AND THROUGH THE GEORGE COUNTY BOARD OF**
**SUPERVISORS**

**DEFENDANTS**

## JOINT MOTION TO DISMISS WITHOUT PREJUDICE

COME NOW all Parties in this litigation, by and through their undersigned respective counsel of record, and hereby jointly move the Court for entry of an Agreed Judgment of Dismissal Without Prejudice. The parties agree that each party shall bear their own costs and expenses.

PD.37823243.1

- 2 -

Respectfully submitted this the 20th day of June, 2022.

                ATLANTIC SPECIALTY INSURANCE
                COMPANY


BY:  *s/ Michael F. Held*
       Michael F. Held, MS Bar 101942
       David I. Clay, II, PHV #49309
       PHELPS DUNBAR LLP
       2602 13th Street, Suite 300
       Gulfport, MS  39501
       Telephone: (228) 679-1130
       Facsimile:  (228) 679-1131
       Email:   michael.held@phelps.com
                    turk.clay@phelps.com


DIXON DEFENDANTS


BY:  *s/ Victor Israel Fleitas*
       Victor Israel Fleitas, MS Bar 10259
       WETZEL LAW FIRM
       452 North Spring Street
       Tupelo, MS  38804
       Telephone: (662) 840-0270
       Facsimile: (662)( 840-1047
       Email:  fleitasv@bellsouth.net


       Garner J. Wetzel, MS Bar 103596
       Victor I. Fleitas, MS Bar 10259
       WETZEL LAW FIRM
       1701 24th Avenue
       Gulfport, MS  39501
       Telephone: (228) 864-6400
       Facsimile:  (228) 863-1993
       Email:   jkwetzel@wetzellawfirm.com
                    gjwetzel@wetzellawfirm.com

- 3 -

GEORGE COUNTY BY AND THROUGH THE
GEORGE COUNTY BOARD OF SUPERVISORS


BY:  *s/ J. Henry Ros*
     J. Henry Ros, MS Bar 5668
     CURRIE, JOHNSON & MYERS
     925 Tommy Munro Drive, Suite H
     Biloxi, MS  39532
     Telephone: (228) 385-1010
     Facsimile: (228) 385-1011
     Email:  hros@curriejohnson.com


CARMON SUE BRANNAN


BY:  *s/ Mary Lee Holmes*
     Mary Lee Holmes
     HOLMES & MCLELLAND
     601 East Central Avenue
     Petal, MS  39465
     Email:  marylee@hmflawfirm.com